UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EASTER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>SCOTT KERNAN, Secretary,<br><br>　　　　　Respondent. | Case No. 15-cv-65 DMS (KSC)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING PETITION** |

On January 12, 2015, Petitioner Charles Easter, a state prisoner proceeding *pro se*, filed a petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. On March 14, 2015, Magistrate Judge Karen S. Crawford issued a Report and Recommendation ("R&R") recommending that the Court deny the petition. Neither side has filed objections to the R&R, and the time for doing so has expired.

This Court, having reviewed *de novo* the Magistrate Judge's R&R, adopts the Magistrate Judge's recommendation in full and **DENIES** the petition for a writ of *habeas corpus*. The Court finds no basis for a certificate of appealability. The Clerk of Court shall enter judgment accordingly, and terminate this case.

**IT IS SO ORDERED.**

Dated: April 21, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable Dana M. Sabraw
　　　　　　　　　　　　　　　　　　United States District Court Judge